UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| BEN AFSHARI, | ) | |
| | ) | |
| Plaintiff, | ) | No. 5:18-CV-209-REW |
| | ) | |
| v. | ) | |
| | ) | JUDGMENT |
| COPPER JOHN CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

In accordance with its Opinion and Order granting DE #19, the Court hereby **ORDERS** and **ADJUDGES** as follows:

(1) The Court enters **JUDGMENT** in favor of Defendant, and against Plaintiff, on all claims;

(2) The Court **DISMISSES** all of Plaintiff's claims **WITH PREJUDICE**;

(3) The Court **DENIES AS MOOT** DE #10; and

(4) The Court **STRIKES** this matter from the active docket.

This the 24th day of January, 2019.

Signed By:
*Robert E. Wier* /s/ REW
**United States District Judge**